# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2020 KW 0647

VERSUS

JOHN X. HALLENBECK

**NOVEMBER 09, 2020**

---

In Re:   John X. Hallenbeck, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 139407.

---

**BEFORE:   GUIDRY, McCLENDON, AND LANIER, JJ.**

   **WRIT DENIED AS MOOT.**   The record of the Washington Parish Clerk of Court's Office shows that the misdemeanor charges in docket number 139407 were dismissed on May 24, 2020. Accordingly, the relief that relator seeks is moot.

                         **JMG**
                         **PMc**
                         **WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT